JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  | Case No.  CV 18-05943-AB (MAAx) |
|---|---|
| Chris Langer, | |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| 10th St. Property, LLC, et al., | |
| Defendants. | |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 28, 2018_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.